IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICKI E. OLSEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, Department of | : | |
| Transportation, et al. | : | No. 03-1609 |

**O R D E R**

AND NOW, this _____ day of October, 2003, upon consideration of Plaintiff Vicki E. Olsen's Motion for Clarification (Docket No. 109), IT IS HEREBY ORDERED that the Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

_____
HERBERT J. HUTTON, S.J.

---

[1] On August 29, 2003, this Court issued an Order transferring the case to the Court of Common Pleas of Lehigh County.  Accordingly, Plaintiff's Motion motion is DENIED as moot.